**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.

SHO SERVICES, LLC, a Colorado limited liability company

Plaintiff,

v.

CHINA FILM GROUP CORPORATION, a China corporation

Defendant.

---

**COMPLAINT AND JURY DEMAND**

---

Plaintiff SHO Services, LLC ("Plaintiff" or "SHO Services"), through its undersigned counsel, hereby issues its Complaint and Jury Demand against Defendant China Film Group Corporation ("Defendant" or "CFGC") as follows:

## I. PARTIES

1. Plaintiff SHO Services, LLC is a Colorado limited liability company that is in good standing and registered to do business in the State of Colorado, with a primary place of business of 8200 S. Quebec St., #A3196, Centennial, Colorado 80112

2. Defendant China Film Group Corporation is a China corporation that does business in the State of Colorado, with a principal place of business in Beijing, People's Republic of China. CFGC is the largest and most influential state-owned film enterprise in the People's Republic of China. Upon information and belief, it is a state monopoly that, amongst its various business operations, finances, produces, and distributes films. In 2014, the company was the largest film distributor in China. In recent years, CFGC has produced such well-known films as *The Fate of the Furious*, *My Best Friend's Wedding*, *The Great Wall*, *Pixels* and *Crouching Tiger, Hidden Dragon II: The Green Destiny*.

## II. JURISDICTION AND VENUE

3. This Court has subject matter jurisdiction of this matter pursuant to 28 U.S.C. § 1332(a) because there is complete diversity of citizenship of the parties and the amount in controversy exceeds $75,000, exclusive of interest and costs.

4. This Court has personal jurisdiction over the Defendant because it transacts business in this judicial district pursuant to Colo. Rev. Stat. § 13-1-124(1)(a).

5. Venue is proper in this Court pursuant to 28 U.S.C. § 1391 because a substantial part of the events or omissions giving rise to this lawsuit occurred within this judicial district.

6. All conditions precedent to the filing of this lawsuit have occurred or have been waived.

## III. FACTUAL ALLEGATIONS

7. Plaintiff SHO Services, LLC is a Colorado-based security, crowd safety and management company that has been in business since 2011. SHO Services provides crowd safety consulting and management designed for live entertainment environments, including evacuation plans, emergency procedure plans, permitting support for event producers and promoters, private contractor deployment, public safety coordination and planning, budgeting and budgeting compliance, logistics planning, contingency planning, on-site and on-tour crowd safety and risk management personnel, incident mitigation, and on-site emergency decision-making.

8. On or about February 15, 2017, Sony Pictures introduced SHO Services to representatives of CFGC, which was seeking security, security coordination and executive protection in several locations in Asia for the production of a new, feature-length theatrical motion picture known as *Edge of the World*. CFGC sent emails to SHO Services at its place of business in Colorado concerning the services it required in connection with the production of this movie, and in response, SHO Services provided candidate profiles to CFGC. CFGC and SHO Services continued their communications, and CFGC asked that SHO Services book airfare for several security personnel to fly to Asia.

9. As part of this process, the parties both executed a Reimbursement Memorandum. SHO Services executed this agreement at its business location in Colorado, and returned it to CFGC via email. CFGC provided hotel information and itineraries for the first several security personnel that would be flying to Asia to provide services.

10. Over the course of the next two months, CFGC requested on many occasions via email to SHO Services in Colorado that SHO Services provide security personnel to provide security and executive protection in Asia in connection with the filming and production of *Edge of the World*. In each instance, CFGC provided a Reimbursement Memorandum that was executed by both parties. On each occasion, SHO Services executed the Reimbursement Memorandum at its business location in Colorado, and provided the requested services.

11. In reliance on these written agreements by CFGC to pay SHO Services, SHO Services sent numerous security personal to locations across Asia (including Jakarta, Bali and

Hong Kong) to provide security and executive protection services in connection with the filing of *Edge of the World*. CFGC also invited SHO Services for meetings in Beijing.

12. Consistent with its business practices, SHO Services issued a series of invoices from its location in Colorado via email to CFGC's representatives. Specifically, invoices were issued to CFGC on February 25, 2017 (two), February 26, 2017 (four), March 5, 2017 (two), March 11, 2017, March 19, 2017 (three), March 27, 2017, March 31, 2017, April 5, 2017 and April 15, 2017. CFGC, however, paid none of these invoices, and currently owes SHO Services the principal amount of $241,923.91 for services provided and costs incurred.

13. CFGC has made repeated promises to SHO Services to pay the full amount due. In March 2017, CFGC promised to pay the full amount due via a JP Morgan Chase US bank account. That payment never arrived. Later in March 2017, CFGC asked that SHO Services open a bank account with HSBC Bank to facilitate the transfer of funds. That payment also never arrived. In April 2017 and May 2017, CFGC sent several emails stating that CFGC would wire payment to SHO Services, providing specific dates by which payment in full would be made. But those wires also never arrived.

14. In April 2017, CFGC also purported to send a representative of CFGC from China to Denver, Colorado to meet with SHO Services to resolve the amount due to SHO Services. Though a representative of CFGC claims to have arrived in Denver to meet with SHO Services, no meeting took place.

15. To date, CFGC has paid nothing to SHO Services, and currently owes SHO Services the principal amount of $241,923.91.

16. Despite demand from SHO Services to CFGC, no payment has been made.

17. All conditions precedent to the filing of this lawsuit has taken place or have been waived.

## IV. CLAIMS FOR RELIEF

### FIRST CLAIM FOR RELIEF
### (Breach of Contract)

18. SHO Services incorporates by reference the preceding paragraphs herein.

19. As described herein, SHO Services and CFGC entered into a series of contracts for SHO to provide security and executive protection in numerous locations in Asia in connection with the filming of the feature movie *Edge of the World*. SHO provided the services that were requested.

20. CFGC breached the contracts described herein by failing to pay the amounts due. As a result, SHO Services has suffered significant damage in an amount to be proven at trial.

**SECOND CLAIM FOR RELIEF**
**(Unjust Enrichment)**

21. SHO Services incorporates by reference the preceding paragraphs herein.

22. As discussed herein, SHO Services provided a benefit to CFGC in the form of security and executive protection services in numerous locations in Asia in connection with the filming of the feature movie *Edge of the World*.

23. CFGC appreciated those services. CFGC received those services under circumstances whereby it would be unjust for CFGC to receive and benefit from such services without paying. As a result of CFGC's behavior, SHO Services has suffered damages.

## V. JURY DEMAND

SHO SERVICES DEMANDS A TRIAL ON ALL ISSUES SO TRIABLE

WHEREFORE, Plaintiff SHO Services, LLC respectfully requests that this Court enter judgment in its favor and against Defendant for damages in an amount to be proven at trial, award SHO Services pre-judgment and post-judgment interest, attorneys' fees, expert witness fees, costs, expenses, and such other and further relief as this Court deems just under the circumstances.

Dated this 15th day of May, 2017.

Respectfully submitted,

*/s/ Stephen E. Csajaghy*
Stephen E. Csajaghy

CONDIT CSAJAGHY, LLC
695 S. Colorado Blvd., Suite 270
Denver, CO 80246
Telephone: 720-287-6000
Facsimile: 720-287-6605
steve@cclawcolorado.com

*Attorneys for Plaintiff*

Plaintiff's Address
8200 S. Quebec St., #A3196
Centennial, CO 80112